# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2022

## NO. 03-21-00208-CV

**Texley Incorporated d/b/a Glamour Girls, Appellant**

**v.**

**Glen Hegar, in his Official Capacity as Texas Comptroller of Public Accounts, Appellee**

---

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the interlocutory order signed by the trial court on April 21, 2021. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.